IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>TESSA M. WELCH,<br><br>Defendant | NO. 5: 09-MJ-01-09 (CWH)<br><br>REMOVAL PROCEEDINGS<br>NO. 3:99CR58 — S. D. Mississippi<br><br>BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-named defendant was this day before the court on a Bench Warrant from the U. S. District Court for the Southern District of Mississippi issued because she is under a federal sentence of incarceration for which service has not yet begun. It appears that defendant WELCH completed the service of a state sentence of incarceration but that state authorities failed to honor a detainer placed upon her by federal authorities. As a consequence, she has been free for a number of years and advised the court that she was under the impression that her federal sentence was running concurrently with her state sentence. Paperwork provided to the undersigned indicates, however, that her federal sentence was to be consecutive to her state sentence.

After a hearing convened under provisions of Rule 5 of the Federal Rules of Criminal Procedure, the undersigned finds that pertinent documentation has been provided to the defendant and her counsel and that the defendant admits her identity.

Under the rather peculiar circumstances of this case, the government does not oppose setting conditions of release for defendant WELCH to permit her to travel to the Southern District of Mississippi for an appearance before the judicial officer who issued the bench warrant. The undersigned finds that conditions for the release of this defendant can be set to insure her appearance in the Southern District of Mississippi. A separate Order of Release has been entered by the court directing her to so appear.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive her, all proceedings in this district required by the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 23rd day of JANUARY, 2009.

CLAUDE W. HICKS, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE